UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL YOCHEM, | ) CASE NO. ED CV 11-897-RGK (PJW) |
| Petitioner, | ) |
| v. | ) J U D G M E N T |
| DAPO/CDCR/BPH, | ) |
| Respondents. | ) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 10, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd